**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 2:12-md-02311<br><br>Judge: Hon. Sean F. Cox |
| This Document Relates To: | |
| In Re: Automotive Wire Harness Case | 2:17-cv-12054 |
| In Re: Instrument Panel Clusters Case | 2:17-cv-12030 |
| In Re: Bearings Case | 2:17-cv-12006 |
| In Re: Fuel Senders Case | 2:17-cv-12018 |
| In Re: Heater Control Panel Case | 2:17-cv-12024 |
| In Re: Alternators Case | 2:17-cv-11995 |
| In Re: Anti-Vibrational Rubber Parts Case | 2:17-cv-11997 |
| In Re: Windshield Wiper Systems Case | 2:17-cv-12049 |
| In Re: Radiators Case | 2:17-cv-12037 |
| In Re: Starters Case | 2:17-cv-12041 |
| In Re: Ignition Coils Case | 2:17-cv-12029 |
| In Re: Motor Generators Case | 2:17-cv-12034 |
| In Re: Ballasts Case | 2:17-cv-12028 |
| In Re: Inverters Case | 2:17-cv-12032 |
| In Re: Electronic Powered Steering Assemblies Case | 2:17-cv-12011 |
| In Re: Fuel Injection Systems Case | 2:17-cv-12013 |
| In Re: Power Window Motors Case | 2:17-cv-12035 |
| In Re: Automatic Transmission Fluid Warmers Case | 2:17-cv-11999 |
| In Re: Valve Timing Control Devices Case | 2:17-cv-12044 |
| In Re: Air Conditioning Systems Case | 2:17-cv-11992 |
| In Re: Windshield Washer Systems Case | 2:17-cv-12048 |
| In Re: Spark Plugs, Standard Oxygen Sensors, Air Fuel Ratio Sensors Case | 2:17-cv-12039 |
| In Re: Automotive Hoses Case | 2:17-cv-12001 |
| In Re: Ceramic Substrates Case | 2:17-cv-12007 |
| In Re: Power Window Switches Case | 2:17-cv-11979 |
| In Re: Steel Tubes Case | 2:20-cv-11249 |
| In Re: Access Mechanisms Case | 2:20-cv-11251 |
| In Re: Automotive Constant Velocity Joint Boot Products Case | 2:20-cv-11254 |
| In Re: Automotive Lamps Case | 2:20-cv-11255 |
| In Re: Body Sealing Products Case | 2:20-cv-11256 |
| In Re: Brake Hoses Case | 2:20-cv-11257 |
| In Re: Exhaust Systems Case | 2:20-cv-11258 |
| In Re: Interior Trim Products Case | 2:20-cv-11259 |
| In Re: Occupant Safety Restraint Systems Case | 2:20-cv-11260 |

| | |
|---|---|
| In Re: Shock Absorbers Case | 2:20-cv-11261 |
| In Re: Side-Door Latches and Latch Minimodules Case | 2:20-cv-11262 |
| In Re: Steering Angle Sensors Case | 2:20-cv-11263 |
| In Re: Switches Case | 2:20-cv-11264 |

**JOINT MOTION TO STAY ALL PROCEEDINGS BETWEEN DEALER OPT-OUT PLAINTIFFS AND CERTAIN DEFENDANTS**

The Dealer Opt-Out Plaintiffs[1] and certain Defendants (the "Moving Defendants")[2] 

. The Dealer Opt-Out Plaintiffs

[1] Group 1 Automotive, Inc. as Assignee on Behalf of Group 1 Automotive Wholly-owned Subsidiary Dealerships, Asbury Automotive Group, Inc. as Assignee on Behalf of Asbury Automotive Wholly-owned Subsidiary Dealerships, Berkshire Hathaway, Inc. (as successor to Van Tuyl Group, LLC) as Assignee on Behalf of Assignor Dealerships, Major Automotive Companies, Inc. as Assignee on Behalf of Major Automotive Wholly-owned Subsidiary Dealerships, Bronx Ford, Inc., and City World Motors, LLC.

[2] Aisan Industry Co., Ltd.; Franklin Precision Industry, Inc.; Aisan Corporation of America; Hyundam Industrial Co., Ltd.; Aisin Seiki Co., Ltd.; Aisin Automotive Casting, LLC; ALPHA Corporation; Alpha Technology Corporation; Alps Alpine Co., Ltd. (f/k/a Alps Electric Co., Ltd.); Alps Electric (North America), Inc.; Alps Automotive Inc.; Robert Bosch GmbH; Robert Bosch LLC; Bridgestone Corporation; Bridgestone APM Company; Brose Schliebsysteme GmbH & Co Kommanditgesellschaft; Brose North America; Marelli Corporation (f/k/a Calsonic Kansei Corporation); Marelli North America, Inc. (f/k/a CalsonicKansei North America, Inc.); Chiyoda Manufacturing Corporation; Chiyoda USA Corporation; Continental Automotive Systems, Inc.; Continental Automotive Electronics, LLC; Continental Automotive Korea, Ltd.; Corning Incorporated; Corning International Kabushiki Kaisha; DENSO Corporation; DENSO International America, Inc.; DENSO Korea Corporation (f/k/a separately as DENSO International Korea Corporation and DENSO Korea Automotive Corporation); DENSO Automotive Deutschland GmbH; ASMO Co., Ltd.; ASMO North America, LLC; ASMO Greenville of North Carolina, Inc.; ASMO Manufacturing, Inc.; Diamond Electric Mfg. Co., Ltd.; Diamond Electric Mfg. Corporation; Eberspächer Exhaust Technology GmbH & Co. KG; Eberspächer North America Inc.; Furukawa Electric Co., Ltd.; American Furukawa, Inc.; G.S. Electech, Inc.; G.S. Wiring Systems, Inc.; G.S.W. Manufacturing, Inc.; Hitachi Automotive Systems, Ltd.; Hitachi Automotive Systems Americas, Inc.; Hitachi Metals, Ltd.; Hitachi Metals America, Ltd.; Hitachi Cable America, Inc.; INOAC Corporation; INOAC Group North America, LLC; INOAC USA, Inc.; JTEKT Corporation; JTEKT North America Corporation (formerly Koyo Corporation of U.S.A.); JTEKT Automotive North America, Inc.; Kiekert AG; Koito Manufacturing Co., Ltd.; North American Lighting, Inc.; Leoni Wiring Systems, Inc.; Leonische Holding Inc.; Maruyasu Industries Co., Ltd.; Curtis-Maruyasu America, Inc.; Mikuni Corporation; Mikuni American Corporation; Mitsubishi Heavy Industries, Ltd.; Mitsubishi Heavy Industries Climate Control, Inc.; Mitsubishi Heavy Industries America, Inc.; Nachi-Fujikoshi Corporation; Nachi America, Inc.; NGK Insulators, Ltd.; NGK Automotive Ceramics USA, Inc.; NGK Spark Plug Co., Ltd.; NGK Spark Plugs (U.S.A.), Inc.; NTK Technologies, Inc.; Nishikawa Rubber Co., Ltd.; NSK Ltd.; NSK Americas, Inc.; NSK Steering Systems Co., Ltd.; NSK Steering Systems America, Inc.; NTN Corporation; NTN USA Corporation; Nidec Mobility Corporation (formerly known as "Omron Automotive Electronics Co., Ltd."); Sanoh Industrial Co., Ltd.; Sanoh America, Inc.; Schaeffler Group USA Inc.; Showa Corporation; American Showa, Inc.; SKF USA Inc.; Stanley Electric Co., Ltd; Stanley Electric U.S. Co., Inc.; II Stanley Co., Inc.; Sumitomo Electric Industries, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; Sumitomo Wiring Systems, Ltd.; Sumitomo Wiring Systems (U.S.A), Inc.; Sumitomo Riko Company Limited; SumiRiko Ohio, Inc. (f/k/a DTR Industries, Inc.); Tenneco Inc., Tenneco GmbH;

and Moving Defendants move for an immediate stay of all proceedings between them [redacted] (the "Stay"). The Stay would apply, among other things, to Moving Defendants' requirements to answer or otherwise respond to the complaints filed in the above-captioned actions. The Stay would not apply to dismissals pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and will have no effect on the proceedings between the Dealer Opt-Out Plaintiffs and any non-Moving Defendants.

Dated: September 24, 2020

Respectfully submitted,

*/s/ Andrew G. Pate (with consent)*

Michael B. Angelovich
Texas Bar No. 00785666
Jeffrey J. Angelovich
Texas Bar No. 00786988
Andrew G. Pate
Texas Bar No. 24079111
Winn Cutler
Texas Bar No. 24084364
**NIX PATTERSON, LLP**
3600 N. Capital of Texas Hwy.
Bldg. B, Suite 350
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
mangelovich@nixlaw.com
jangelovich@nixlaw.com
dpate@nixlaw.com
winncutler@nixlaw.com

Tenneco Automotive Operating Company Inc.; TRAM, Inc.; Tokai Rika Co., Ltd.; Toyo Denso Co., Ltd.; Weastec, Inc.; Toyo Tire & Rubber Co., Ltd. (now known as Toyo Tire Corporation); Toyo Tire North America Manufacturing Inc.; Toyo Automotive Parts (USA), Inc.; Toyo Tire North America OE Sales LLC; Toyoda Gosei Co., Ltd.; Toyoda Gosei North America Corp.; TG Missouri Corporation; TG Kentucky, LLC; TG Automotive Sealing Kentucky, LLC; TG Fluid Systems USA Corp.; Meteor Sealing Systems LLC; LMI Custom Mixing LLC; Waterville TG Inc.; Toyoda Gosei Texas, LLC; Usui Kokusai Sangyo Kaisha, Ltd.; Usui International Corporation; Yamada Manufacturing Co., Ltd.; Yamada North America, Inc.; Yamashita Rubber Co., Ltd.; and YUSA Corporation.

                                  Keith Butler
California Bar No. 215670
**STRANGE & BUTLER LLP**
12100 Wilshire Blvd.
Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210
kbutler@strangeandbutler.com

***Attorneys for Plaintiffs***

*<u>/s/ Barry A. Pupkin (with consent)</u>*
Barry A. Pupkin
Jeremy W. Dutra
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Tel: (202) 457-6000
Fax: (202) 457-6315
barry.pupkin@squirepb.com
jeremy.dutra@squirepb.com

*Counsel for Defendants Aisan Industry Co., Ltd., Franklin Precision Industry, Inc., Aisan Corporation of America, and Hyundam Industrial Co., Ltd.*

*<u>/s/ Jeremy Calsyn (with consent)</u>*
Jeremy Calsyn
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 974-1500
Fax: (202) 974-1999
jcalsyn@cgsh.com

*Counsel for Defendants Aisin Seiki Co., Ltd. and Aisin Automotive Casting, LLC*

*<u>/s/ Rachel Brass (with consent)</u>*
Rachel Brass
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel: (415) 393-8331
Fax: (415) 374-8451
RBrass@gibsondunn.com

*Counsel for Defendants ALPHA Corporation and Alpha Technology Corporation*

*<u>/s/ Anita F. Stork (with consent)</u>*
Anita F. Stork
COVINGTON & BURLING LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, CA, 94105-2533
Tel: (415) 591-6000
Fax: (415) 955-6091
astork@cov.com

*Counsel for Defendants Alps Alpine Co., Ltd. (f/k/a Alps Electric Co., Ltd.), Alps Electric (North America), Inc., and Alps Automotive Inc.*

*/s/ John Roberti (with consent)*
John Roberti
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, D.C. 20005
Tel: (202) 683-3800
john.roberti@allenovery.com

*Counsel for Defendants Robert Bosch LLC and Robert Bosch GmbH*

*/s/ Adam C. Hemlock (with consent)*
Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
adam.hemlock@weil.com

*Counsel for Defendants Bridgestone Corporation and Bridgestone APM Company*

*/s/ Steven F. Cherry*
Steven F. Cherry
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com

*Counsel for Defendants Brose Schliebsysteme GmbH & Co Kommanditgesellschaft and Brose North America*

*/s/ Adam C. Hemlock (with consent)*
Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
adam.hemlock@weil.com

*Counsel for Defendants Marelli Corporation (f/k/a Calsonic Kansei Corporation), and Marelli North America, Inc. (f/k/a Calsonic Kansei North America, Inc.)*

*/s/ Michael Martinez (with consent)*
Michael Martinez
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Tel: (312) 807-4404
Fax: (312) 827-8116
michael.martinez@klgates.com

*Counsel for Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation*

*/s/ Maura L. Hughes (with consent)*
Maura L. Hughes
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607
Tel: (216) 622-8200
Fax: (216) 241-0816
mhughes@calfee.com

*Counsel for Defendants Continental Automotive Systems, Inc., Continental Automotive Electronics, LLC, and Continental Automotive Korea, Ltd.*

*/s/ Jeffrey L. Kessler (with consent)*
Jeffrey L. Kessler
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

*Counsel for Defendants Corning Incorporated and Corning International Kabushiki Kaisha*

*/s/ Steven F. Cherry*
Steven F. Cherry
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com

*Counsel for Defendants DENSO Corporation, DENSO International America, Inc., DENSO Korea Corporation (f/k/a separately as DENSO International Korea Corporation and DENSO Korea Automotive Corporation), DENSO Automotive Deutschland GmbH, ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc., and ASMO Manufacturing, Inc.*

*/s/ Abram J. Ellis (with consent)*
Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
900 G St. NW
Washington, DC 20001
Tel: (202) 636-5500
Fax: (202) 636-5502
aellis@stblaw.com

*Counsel for Defendants Diamond Electric Mfg. Co., Ltd. and Diamond Electric Mfg. Corporation*

*/s/ Michael F. Tubach (with consent)*
Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel: (415) 984-8700
Fax: (415) 984-8701
mtubach@omm.com

*Counsel for Defendants Eberspächer Exhaust Technology GmbH & Co. KG and Eberspächer North America Inc.*

*/s/ John H. Chung (with consent)*
John H. Chung
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 819-8200
Fax: (212) 354-8113
jchung@whitecase.com

*Counsel for Defendants Furukawa Electric Co., Ltd., and American Furukawa, Inc.*

*/s/ Donald M. Barnes (with consent)*
Donald M. Barnes
PORTER WRIGHT MORRIS & ARTHUR LLP
2020 K Street, NW, Suite 600
Washington, D.C. 20006
Tel: (202) 778-3056
Fax: (202) 778-3063
dbarnes@porterwright.com

*Counsel for Defendants G.S. Electech, Inc., G.S. Wiring Systems, Inc., and G.S.W. Manufacturing, Inc.*

*/s/ Craig Seebald (with consent)*
Craig Seebald
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Tel: (202) 639-6585
Fax: (202) 879-8995
cseebald@velaw.com

*Counsel for Defendants Hitachi Automotive Systems, Ltd. and Hitachi Automotive Systems Americas, Inc.*

*/s/ A. Paul Victor (with consent)*
A. Paul Victor
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
pvictor@winston.com

*Counsel for Defendants Hitachi Metals, Ltd., Hitachi Metals America, Ltd., and Hitachi Cable America, Inc.*

*/s/ Howard B. Iwrey (with consent)*
Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

*Counsel for Defendants INOAC Corporation, INOAC Group North America, LLC and INOAC USA, Inc.*

*/s/ Heather Lamberg (with consent)*
Heather Lamberg
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (248) 282-5100
hlamberg@winston.com

*Counsel for Defendants JTEKT Corporation, JTEKT North America Corporation (formerly Koyo Corporation of U.S.A.), and JTEKT Automotive North America, Inc.*

/s/ Sheldon Klein (with consent)
Sheldon Klein
BUTZEL LONG
Stoneridge West Bldg.
41000 Woodward Ave.
Bloomfield Hills, MI 48304
Tel: (248) 258.1616
Fax: (248) 258.1439
klein@butzel.com

*Counsel for Defendant Kiekert AG*

Sonia Kuester Pfaffenroth
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
Sonia.Pfaffenroth@arnoldporter.com

/s/ Howard B. Iwrey (with consent)
Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

*Counsel for Defendants Koito Manufacturing Co., Ltd. and North American Lighting, Inc.*

/s/ Michael F. Tubach (with consent)
Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel: (415) 984-8700
Fax: (415) 984-8701
mtubach@omm.com

*Counsel for Defendants Leoni Wiring Systems, Inc. and Leonische Holding Inc.*

/s/ Eileen Cole (with consent)
Eileen Cole
WHITE & CASE LLP
701 Thirteenth Street, NW Washington, DC 20005-3807
Tel: (202) 626-3642
ecole@whitecase.com

*Counsel for Defendants Maruyasu Industries Co., Ltd. and Curtis-Maruyasu America, Inc.*

/s/ Richard Borsnick (with consent)
Richard Brosnick
AKERMAN LLP
520 Madison Avenue
New York, New York 10022
Tel: (212) 880-3834
Fax: (212) 905 6432
richard.brosnick@akerman.com

*Counsel for Defendants Mikuni Corporation and Mikuni American Corporation*

/s/ Benjamin F. Holt (with consent)
William L. Monts III
Benjamin F. Holt
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Tel: (202) 637-5600
william.monts@hoganlovells.com
benjamin.holt@hoganlovells.com

*Counsel for Defendants Mitsubishi Heavy Industries, Ltd., Mitsubishi Heavy Industries Climate Control, Inc., and Mitsubishi Heavy Industries America, Inc.*

/s/ Kenneth R. Davis II (with consent)
Kenneth R. Davis II
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
Tel: (503) 778-2100
Fax: (503) 778-2200
davisk@lanepowell.com

*Counsel for Defendants Nachi-Fujikoshi Corporation and Nachi America, Inc.*

/s/ Stefan M. Meisner (with consent)
Stefan M. Meisner
MCDERMOTT WILL & EMERY, LLP
500 North Capitol Street, N.W.
Washington, DC 20001
Tel: (202) 756-8000
smeisner@mwe.com

*Counsel for Defendants NGK Insulators, Ltd. and NGK Automotive Ceramics USA, Inc.*

/s/ John M. Majoras (with consent)
John M. Majoras
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 879-7652
jmajoras@jonesday.com

*Counsel for Defendants NGK Spark Plug Co., Ltd., NGK Spark Plugs (U.S.A.), Inc., and NTK Technologies, Inc.*

Rachel J. Adcox
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW
Washington, DC 20004
Tel: (202) 912.4700
Fax: (202) 912.4701
radcox@axinn.com

/s/ Howard B. Iwrey (with consent)
Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

*Counsel for Defendant Nishikawa Rubber Co., Ltd.*

/s/ Jeremy Calsyn (with consent)
Jeremy Calsyn
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 974-1500
Fax: (202) 974-1999
jcalsyn@cgsh.com

*Counsel for Defendants NSK Ltd., NSK Americas, Inc., NSK Steering Systems Co., Ltd., and NSK Steering Systems America, Inc.*

/s/ Jeffrey L. Kessler (with consent)
Jeffrey L. Kessler
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

*Counsel for Defendants NTN Corporation and NTN USA Corporation*

*<u>/s/ Jeremy Calsyn (with consent)</u>*
Jeremy Calsyn
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 974-1500
Fax: (202) 974-1999
jcalsyn@cgsh.com

*Counsel for Defendant Nidec Mobility Corporation (formerly known as "Omron Automotive Electronics Co., Ltd.")*

*<u>/s/ Rachel Peck (with consent)</u>*
Patrick Linehan
Rachel Peck
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
rpeck@steptoe.com

*Counsel for Defendants Sanoh Industrial Co., Ltd. and Sanoh America, Inc.*

*<u>/s/ Mark A. Ford (with consent)</u>*
Mark A. Ford
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
mark.ford@wilmerhale.com

*Counsel for Defendant Schaeffler Group USA Inc.*

*<u>/s/ J. Clayton Everett, Jr. (with consent)</u>*
J. Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
clay.everett@morganlewis.com

*Counsel for Defendants Showa Corporation and American Showa, Inc.*

Debra H. Dermody
Michelle A. Mantine
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: (412) 288-3302/4268
Fax: (412) 288-3063
ddermody@reedsmith.com
mmantine@reedsmith.com

*/s/ Abram J. Ellis (with consent)*
Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
900 G St. NW
Washington, DC 20001
Tel: (202) 636-5500
Fax: (202) 636-5502
aellis@stblaw.com

*Counsel for Defendants Stanley Electric Co., Ltd, Stanley Electric U.S. Co., Inc. and II Stanley Co., Inc.*

*/s/ Howard B. Iwrey (with consent)*
Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

*Counsel for Defendant SKF USA Inc.*

*/s/ Marguerite M. Sullivan (with consent)*
Marguerite M. Sullivan
LATHAM & WATKINS
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com

*Counsel for Defendants Sumitomo Electric Industries, Ltd., Sumitomo Electric Wiring Systems, Inc., K&S Wiring Systems, Inc., Sumitomo Wiring Systems, Ltd. and Sumitomo Wiring Systems (U.S.A), Inc.*

*/s/ J. Clayton Everett, Jr. (with consent)*
J. Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
clay.everett@morganlewis.com

*Counsel for Defendants Sumitomo Riko Company Limited and SumiRiko Ohio, Inc. (f/k/a DTR Industries, Inc.)*

/s/ James H. Mutchnik (with consent)
James H. Mutchnik, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2350
Fax: (312) 862-2350
james.mutchnik@kirkland.com

*Counsel for Defendants Tenneco Inc., Tenneco GmbH, and Tenneco Automotive Operating Company Inc.*

/s/ David C. Giardina (with consent)
David C. Giardina
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
dgiardina@sidley.com

*Counsel for Defendants Toyo Tire & Rubber Co., Ltd. (now known as Toyo Tire Corporation), Toyo Tire North America Manufacturing Inc., Toyo Automotive Parts (USA), Inc., and Toyo Tire North America OE Sales LLC*

/s/ W. Todd Miller (with consent)
W. Todd Miller
Baker & Miller PLLC
2401 Pennsylvania Ave., N.W.
Suite 300
Washington, DC 20037
Tel: (202) 663-7820
Fax: (202) 663-7849
tmiller@bakerandmiller.com

*Counsel for Defendants TRAM, Inc. and Tokai Rika Co., Ltd.*

Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Maggy.Sullivan@lw.com

/s/ Howard B. Iwrey (with consent)
Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

*Counsel for Defendants Toyo Denso Co., Ltd. and Weastec, Inc.*

*<u>/s/ John Taladay (with consent)</u>*
John Taladay
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
Tel: (202) 639.7700
Fax: (202) 639.7890
john.taladay@bakerbotts.com

*Counsel for Defendants Toyoda Gosei Co., Ltd. and Toyoda Gosei North America Corp.*

*<u>/s/ L. Pahl Zinn (with consent)</u>*
L. Pahl Zinn
DICKINSON WRIGHT LLP
500 Woodward Avenue
Suite 4000
Detroit, MI 48226-3425
Tel: (313) 223-3500
Fax: (844) 670-6009
pzinn@dickinsonwright.com

*Counsel for Defendants Usui Kokusai Sangyo Kaisha, Ltd., and Usui International Corporation*

*<u>/s/ Donald M. Barnes (with consent)</u>*
Donald M. Barnes
PORTER WRIGHT MORRIS & ARTHUR LLP
2020 K Street, NW, Suite 600
Washington, D.C. 20006
Tel: (202) 778-3056
Fax: (202) 778-3063
dbarnes@porterwright.com

*Counsel for Defendants Yamada Manufacturing Co., Ltd. and Yamada North America, Inc.*

*<u>/s/ James L. Cooper (with consent)</u>*
James L. Cooper
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Tel: (202) 942-5000
james.cooper@apks.com

*Counsel for Defendants Yamashita Rubber Co., Ltd. and YUSA Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of September, 2020, I caused a true and correct copy of the foregoing **JOINT MOTION TO STAY ALL PROCEEDINGS BETWEEN DEALER OPT-OUT PLAINTIFFS AND CERTAIN DEFENDANTS** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Joseph Gay*